**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: 04-3491 (MJD/JGL)**

Shawn K. Downey,

                Plaintiff,

vs.                                                    **ORDER**

US Bank, NA;
Trans Union, LLC; and
CSC Credit Services, Inc.,

                Defendants.

This matter came before the Court on the stipulation of the Plaintiff and defendant CSC Credit Services, Inc. ("CSC"), to an order dismissing all of the Plaintiff's claims against CSC in this case with prejudice and on the merits. Based on the stipulation between the Plaintiff and CSC, and all the other files, records, and proceedings herein,

IT IS HEREBY ORDERED that the Plaintiff's claims against CSC Credit Services, Inc. are hereby DISMISSED in their entirety, on the merits and with prejudice. The Plaintiff and CSC shall each bear their own costs and attorneys' fees.

SO ORDERED.

Dated: June 27, 2005                                    s/ Michael J. Davis
                                                                     Michael J. Davis
                                                                     UNITED STATES DISTRICT JUDGE